# Exhibit A

# Service of Process
## Information Sheet

| | | |
|---|---|---|
| **Date Served** | : | 12/01/2021 1:34 PM CST |
| **Company Name** | : | DURR SYSTEMS, INC. |
| **State** | : | Illinois |
| **Entity ID** | : | 68096014 |
| **SOP Classification** | : | Personal Injury |
| **Court/Agency** | : | In The Circuit Court Of The Eleventh Judicial Circuit |
| **Document Type** | : | Summons |
| **Nature of Action** | : | Civil |
| **How Served** | : | In Person |

Disclaimer: We are not legal professionals and as a result, all information should be reviewed by legal counsel.

IN THE CIRCUIT COURT
OF THE ELEVENTH JUDICIAL CIRCUIT
McLEAN COUNTY, ILLINOIS

TERRY STEIN, SR.,

    Plaintiff,

vs

DÜRR SYSTEMS, INC.,

    Defendant.

2021L0000147

Service to:
Dürr Systems, Inc.,
% Legalinc Corporate Services Inc
200 E Randolph St., Ste 5100-38
Chicago, IL 60601

A FEE WILL BE DUE AT THE TIME OF FILING AN APPEARANCE OR ANSWER OR AS OTHERWISE DIRECTED BY THE COURT.

YOUR FILING FEE WILL BE: $ 207.00

## 30 DAY SUMMONS

**TO THE ABOVE-NAMED DEFENDANT:** You are hereby summoned and required to file a written answer in this case, or otherwise file your written entry of appearance, in the office of the Clerk of this Court (located at 104 W. Front St., Bloomington, IL 61701) within 30 days after service of this summons, exclusive of the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help, or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with the local circuit clerk's office.

TO THE OFFICER: This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon for service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after this date.

WITNESS: _____11/9/2021_____, 2021

_____
CLERK OF COURT

BY: _____/s/ Corinna Strawn_____
DEPUTY

**Plaintiff's Attorney:**
Scott E. Umland (ARDC#: 6211888)
JANSSEN LAW CENTER
333 Main Street, Peoria, IL 61602
Telephone: (309) 676-2341
UmlandS@JanssenLawCenter.com

**SERVICE BY SHERIFF**

Date of Service_____, 2021.
(To be inserted by officer on copy left with Defendant or other person.)

```
DOC. TYPE:      LAW
CASE NUMBER:    2021L0000147
DEFENDANT
DURR SYSTEMS INC
200 E RANDOLPH ST
CHICAGO, IL 60601
5100-38
```

DIE DATE
12/08/2021

SERVICE INF
CO LEGALIN
SERVICES IN

ATTACHED

IN THE CIRCUIT COURT
OF THE ELEVENTH JUDICIAL CIRCUIT
McLEAN COUNTY, ILLINOIS

| | | | |
|---|---|---|---|
| TERRY STEIN, SR., | | | A FEE WILL BE DUE AT THE TIME OF FILING AN APPEARANCE OR ANSWER OR AS OTHERWISE DIRECTED BY THE COURT. |
| | Plaintiff, | 2021L0000147 | YOUR FILING FEE WILL BE: $ 207.00 |
| vs | | Service to: | |
| DÜRR SYSTEMS, INC., | | Dürr Systems, Inc., | |
| | | % Legalinc Corporate Services Inc | |
| | Defendant. | 200 E Randolph St., Ste 5100-38 | |
| | | Chicago, IL 60601 | |

**30 DAY SUMMONS**

**TO THE ABOVE-NAMED DEFENDANT:** You are hereby summoned and required to file a written answer in this case, or otherwise file your written entry of appearance, in the office of the Clerk of this Court (located at 104 W. Front St., Bloomington, IL 61701) within 30 days after service of this summons, exclusive of the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

E-Filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help, or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with the local circuit clerk's office.

TO THE OFFICER: This summons must be returned by the officer or other person to whom it was given for service, with endorsement thereon for service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after this date.

WITNESS: 11/9/2021, 2021

_____
CLERK OF COURT

BY: /s/ Corinna Strawn
DEPUTY

**Plaintiff's Attorney:**
Scott E. Umland (ARDC#: 6211888)
JANSSEN LAW CENTER
333 Main Street, Peoria, IL 61602
Telephone: (309) 676-2341
UmlandS@JanssenLawCenter.com

**SERVICE BY SHERIFF**

Date of Service _____, 2021.
(To be inserted by officer on copy left with Defendant or other person.)

DIE DATE
12/08/2021

DOC.TYPE: LAW
CASE NUMBER: 2021L0000147
DEFENDANT
DURR SYSTEMS INC
200 E RANDOLPH ST
CHICAGO IL 60601
5100-38

SERVICE INF
CO LEGALIN
SERVICES IN

ATTACHED

FILED
11/9/2021 2:46 PM
DONALD R. EVERHART, JR.
CLERK OF THE CIRCUIT COURT
MCLEAN COUNTY, ILLINOIS

IN THE CIRCUIT COURT
OF THE ELEVENTH JUDICIAL CIRCUIT
McLEAN COUNTY, ILLINOIS

| | | |
|---|---|---|
| TERRY STEIN, SR., | | 2021L0000147 |
| Plaintiff, | | |
| vs | | FIRST CASE MANAGEMENT CONFERENCE |
| DÜRR SYSTEMS, INC., | | BEFORE JUDGE   LAWRENCE |
| Defendant. | | SET ON   05/26/2022 @ 09:00 AM |

## COMPLAINT

Plaintiff TERRY STEIN, SR., by attorneys from the JANSSEN LAW CENTER, complaint about Defendant DÜRR SYSTEMS, INC. ("DÜRR") as follows.

1. At all relevant times, Plaintiff TERRY STEIN, SR. resided in Laura, Peoria County, Illinois.

2. The incident causing Plaintiff's injury, herein complained of, occurred on July 17, 2020, at approximately sometime between 2:00 p.m. and 2:45 p.m. ("the incident").

3. The incident occurred at the Rivian manufacturing plant located at 100 Rivian Motorway, Normal, Illinois ("Rivian plant").

4. At the time of the incident, Plaintiff was employed by River City Construction to work at the Rivian plant and was performing his assigned duties.

5. DÜRR is a Michigan corporation, with its principal place of business located at 26801 Northwestern Highway, Southfield, Michigan, and is a supplier for paint finishing, final assembly, and air pollution control systems.

6. DÜRR plans, builds, and installs state-of-the-art paint shops and final assembly facilities supported by DXQ – digital intelligence by DÜRR.

7. At all relevant times, DÜRR employed workers at the Rivian plant who from time to time utilized a Genie Telescopic Boom Lift ("Genie") to accomplish their work.

8. The following photographs show the Genie involved in the incident:




9. At the time of the incident, Plaintiff was removing grout from the base of the I-beam pillar shown in the following photograph:



10. At the time of the incident, a DÜRR employee, acting within the course and scope of his employment, was working from, and operating the Genie from the boom's platform.

11. At the time of the incident, the surrounding noise level in the Rivian plant made it difficult for Plaintiff to hear the Genie engine noise and/or motion alarm.

12. At the time of the incident, a DÜRR employee, acting within the course and scope of his employment, was acting as a spotter/observer for when the Genie base was moved.

13. At the time of the incident, the DÜRR employee working from the boom's platform used the Genie's controls to drive the Genie to adjust its location.

14. At the time of the incident, the DÜRR employee working from the boom's platform drove the Genie to adjust its location without having a clear view of his surroundings and without the DÜRR employee spotter/observer first signalling it was safe to move the Genie.

15. At the time of the incident, the DÜRR employee working from the boom's platform drove the Genie onto Plaintiff's right foot, causing severe injury.

16. At the time of the incident, DÜRR, through its employees and/or agents as described above, was guilty of one or more of the following negligent acts or omissions:

    a. moving a motor vehicle within an off-highway jobsite, not open to public traffic, while having an obstructed view and without a spotter/observer first signalling it was safe to move the vehicle; and,

    b. on information and belief, operating the Genie too close to safety tape erected to define a work zone.

17. As a direct and proximate result of one or more of DÜRR's foregoing negligent acts, omissions, and/or violations of Statutes, Plaintiff incurred and will incur medical expenses.

18. As a direct and proximate result of one or more of DÜRR's foregoing negligent acts, omissions, and/or violations of Statutes, Plaintiff suffered and will suffer pain and mental anguish.

19. As a direct and proximate result of one or more of DÜRR's foregoing negligent acts, omissions, and/or violations of Statutes, Plaintiff was and will be hindered and prevented from attending to Plaintiff's usual business and affairs.

20. As a direct and proximate result of one or more of DÜRR's foregoing negligent acts, omissions, and/or violations of Statutes, Plaintiff lost and will lose sums of money which Plaintiff could otherwise have received as wages and earnings.

WHEREFORE, Plaintiff TERRY STEIN, SR. prays judgment against Defendant DÜRR SYSTEMS, INC. for a sum in excess of the jurisdictional requirements of this court, costs of this suit, and any further relief that this honorable Court finds fair and just.

TERRY STEIN, SR., Plaintiff

BY: _____
*Electronic Signature*
One of Plaintiff's attorneys

### SECTION 1-109 CERTIFICATION

Under penalties as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure and in compliance with Rule 222(b), the undersigned certifies that as attorney for Plaintiff, the total of money damages sought does exceed Fifty Thousand Dollars (>$50,000.00).

Dated: November 9, 2021

_____
*Electronic Signature*
Scott E. Umland

Mr. Scott E. Umland (ARDC#: 6211888)
JANSSEN LAW CENTER
333 Main Street
Peoria, IL 61602
Telephone: (309) 676-2341
Facsimile: (309) 676-7678
UmlandS@JanssenLawCenter.com